SO ORDERED.

Dated: September 07, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-21371

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Darrell L. Hesher and Roseann Hesher<br>　　　　Debtors.<br>_____<br>Bank of America, NA<br>　　　　Movant,<br>　　vs.<br>Darrell L. Hesher and Roseann Hesher, Debtors, S. William Manera, Trustee.<br>　　　　Respondents. | No. 2:10-BK-23413-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 1, 2007 and recorded in the office of the Maricopa County Recorder wherein Bank of America, NA is the current beneficiary and Darrell L. Hesher and Roseann Hesher have an interest in, further described as:

> THE WEST 159.00 FEET OF THE SOCTHEAST QUARTER OF TI-IE Sm)"n-IWEST QUARTER OF THE SOUTI-IEAST QCARTER OF THE SOUTHWEST QUARTER OF SECTION 22, TOWNSHIP 5 NORTH. RANGE 4 EAST OF TI-IE GILA AI\D SALT RIVER BASE AND MERIDIAN. MARICOPA COUNTY, ARIZONA;
> EXCEPT ALL OIL, GAS AND OTHER MINERALS AS RESERVED IN THE PATENT OF SAID LAND;

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.